■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARLON B. LEE, Appellant. (Appeal No. 2.) [716 NYS2d 633] —Resentence unanimously affirmed. Same Memorandum as in *People v Lee* (277 AD2d 1006 [decided herewith]). (Appeal from Resentence of Niagara County Court, Fricano, J.—Resentence.) Present—Pigott, Jr., P. J., Pine, Hayes, Wisner and Kehoe, JJ.